RECEIVED
IN MONROE, LA
FEB 16 2006
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| MARCUS T. WILLIAMS | * | CIVIL ACTION NO. 05-0571 |
| VERSUS | * | JUDGE JAMES |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision to deny benefits be **REVERSED and REMANDED for further proceedings, including obtaining an updated medical opinion on the issue of whether the claimant's condition meets or is medically equivalent to one of the listed impairments in 20 C.F.R. Part 404, Subpt. P, App. 1, specifically section 1.02(A), and for full consideration of the opinion of Dr. Belchic and other treating sources.**

THUS DONE AND SIGNED this 16 day of February, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION